**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| MICHAEL TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. _____ |
| GEORGIA-PACIFIC WOOD | ) |
| PRODUCTS LLC | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant Georgia-Pacific Wood Products LLC, incorrectly identified in Plaintiff's Amended Complaint as Georgia-Pacific Wood Products, LLC, ("Defendant"), respectfully submits this Notice of Removal to the United States District Court for the Northern District of Georgia, Rome Division.   In support of Removal, Defendant states the following:

### A.      Timeliness of Removal

1.      On November 5, 2020, Plaintiff Michael Taylor ("Plaintiff") filed a civil action against Georgia-Pacific Wood Products South, LLC in the Superior Court of Floyd County, Georgia, Case No. 20CV01953.

2.      On January 8, 2021, Plaintiff filed a Motion for Leave to Substitute a Party Defendant, which sought to substitute Defendant for Georgia-Pacific Wood Products South, LLC in the lawsuit.

3.      On January 11, 2021, the Superior Court of Floyd County, Georgia granted Plaintiff leave to amend the Complaint. That same day, Plaintiff filed an Amended Complaint for Damages and Demand for Jury Trial, substituting Defendant for Georgia-Pacific Wood Products South, LLC.

4.      On January 15, 2021, the sheriff served Defendant by leaving a copy of the Summons and Complaint with Defendant's registered agent for service of process. Defendant thus files this Notice of Removal within 30 days of its receipt of the Summons and Complaint, as required by 28 U.S.C. § 1446(b)(1). Copies of all documents filed or served on Defendant are attached as **Exhibit A**.

5.      A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of Floyd County, Georgia, and a copy is being served on Plaintiff as required by 28 U.S.C. § 1446(d).  A copy of the Notice of Filing of Notice of Removal is attached hereto as **Exhibit B**.

**B.    Venue**

6.      The Superior Court of Floyd County, Georgia is located within the Rome Division of the United States District Court for the Northern District of

Georgia. 28 U.S.C. § 90(a)(3). Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**C.    Basis for Removal: Federal Question Jurisdiction**

7.    This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Plaintiff's claim arises under the Constitution, laws, or treaties of the United States.

8.    Plaintiff's Complaint alleges that Defendant violated the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, et seq. ("ADEA").

9.    By asserting a claim under the ADEA, Plaintiff's Complaint asserts a federal question under 28 U.S.C. §1331. Accordingly, this case is properly removable under 28 U.S.C. § 1441(a).

WHEREFORE, having fully complied with all requirements for removal of this action, Defendant requests that the action now pending in the Superior Court of Floyd County, Georgia, be removed to the United States District Court for the Northern District of Georgia, Rome Division.

Respectfully submitted this 12th day of February, 2021.

*/s/ Jana Korhonen*
Jana Korhonen
Georgia Bar No. 100125
jana.korhonen@ogletree.com

3

Katherine H. Krouse
Georgia Bar No. 514298
katie.krouse@ogletree.com

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
191 Peachtree St., N.E., Suite 4800
Atlanta, Georgia 30303
Telephone: (404) 881-1300

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| MICHAEL TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. _____ |
| GEORGIA-PACIFIC WOOD | ) |
| PRODUCTS LLC | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, I electronically filed the foregoing

**NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, and

I further certify that I served a copy of same via email and U.S. mail postage prepaid

to the following counsel of record:

Jason B. Sanker
MCRAE, SMITH, PEEK HARMAN & MONROE, LLC
P. O. Box 29
Rome, GA 30162-0029

*/s/ Jana Korhonen*
Jana Korhonen
Georgia Bar No. 100125

5