# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MICHAEL TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 4:21-cv-00034-HLM-WEJ |
| GEORGIA-PACIFIC WOOD PRODUCTS LLC | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Taylor and Defendant Georgia-Pacific Wood Products LLC hereby stipulate to the dismissal with prejudice of the instant lawsuit. Each party will bear its own attorneys' fees and costs.

Respectfully submitted this 6th day of January, 2022.

/s/ Patrick F. Clark
Patrick F. Clark
Georgia Bar No. 419196
patrick.clark@ogletreedeakins.com
Jana Korhonen
Georgia Bar No. 100125
jana.korhonen@ogletree.com
Katherine H. Krouse
Georgia Bar No. 514298
katie.krouse@ogletree.com

        OGLETREE, DEAKINS, NASH,
         SMOAK & STEWART, P.C.
        191 Peachtree St., N.E., Suite 4800
        Atlanta, Georgia 30303
        Telephone: (404) 881-1300

*Attorneys for Defendant*

<u>s/ Jason B. Sanker</u>
Jason B. Sanker
Georgia Bar No. 142463
McRae, Smith, Peek Harman & Monroe, LLC
P. O. Box 29
Rome, Georgia 30162-0029
Telephone: (706) 291-6223

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MICHAEL TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 4:21-cv-00034-HLM-WEJ |
| GEORGIA-PACIFIC WOOD PRODUCTS LLC | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022, I electronically filed the foregoing **JOINT STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Jason B. Sanker
MCRAE, SMITH, PEEK HARMAN & MONROE, LLC
P. O. Box 29
Rome, GA  30162-0029

/s/ *Patrick F. Clark*
Patrick F. Clark
Georgia Bar No. 419196

3